BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGYI TIAN, | Case No.: 2:14-cv-939 MCE EFB |
| Plaintiff, | |
| v. | |
| ALEJANDRO MAYORKAS, et al., | **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of her adjustment of status application by U.S. Citizenship and Immigration Services (CIS). The parties are exploring the possibility of a resolution of this matter at the administrative level, and accordingly stipulate to a 60 day extension of time in which the government's answer may be filed, until August 20, 2014.

Dated: June 16, 2014                               Respectfully submitted,

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   s/ Audrey B. Hemesath
                                                   AUDREY B. HEMESATH
                                                   Assistant United States Attorney

1

                    s/ Douglas Lehrman
                    DOUGLAS LEHRMAN
                    Attorney for the Plaintiff

## ORDER

The time for the filing of the government's answer is extended to August 20, 2014.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT