BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGYI TIAN, | ) |
| Plaintiff, | ) Case No.: 2:14-cv-939 MCE EFB |
| | ) |
| v. | ) |
| | ) |
| ALEJANDRO MAYORKAS, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: SECOND EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

        This is an immigration case in which plaintiff has challenged the alleged delay in the

adjudication of her adjustment of status application by U.S. Citizenship and Immigration

Services (CIS).  The parties now stipulate to an additional 45 day extension in which to continue

the exploration of a resolution of this matter at the administrative level, until October 3, 2014.

Dated:  August 7, 2014                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant United States Attorney

1

s/ Douglas Lehrman
DOUGLAS LEHRMAN
Attorney for the Plaintiff


ORDER

The time for the filing of the government's answer is extended to October 3, 2014.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT