BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGYI TIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>        Defendants. | Case No.: 2:14-cv-939 MCE EFB<br><br>**JOINT STIPULATION AND ORDER RE: THIRD EXTENSION OF TIME** |

    This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of her adjustment of status application by U.S. Citizenship and Immigration Services (USCIS). Since the time of the parties' last extension, USCIS has conducted interviews and issued a Request for Evidence. The due date on the Request for Evidence is December 23, 2014. The parties therefore stipulate to an additional extension in which to continue the exploration of a resolution of this matter at the administrative level, until January 23, 2015.

Dated: September 30, 2014                  Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

        s/ Audrey B. Hemesath
        AUDREY B. HEMESATH
        Assistant United States Attorney

        s/ Douglas Lehrman
        DOUGLAS LEHRMAN
        Attorney for the Plaintiff

## ORDER

The time for the filing of the government's answer is EXTENDED to January 23, 2015.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2