BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENGYI TIAN, | ) |
| | ) Case No.: 2:14-cv-939 MCE EFB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEJANDRO MAYORKAS, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: DISMISSAL** |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of her adjustment of status application by U.S. Citizenship and Immigration Services (USCIS). Plaintiff's application has now been approved, and the parties stipulate to dismissal of this lawsuit pursuant to Fed. R. Civ. P. 41(a)(2). Each side to bear its own costs of

///

///

///

///

///

///

///

1

litigation.

Dated: January 13, 2015				Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						s/ Audrey B. Hemesath
						AUDREY B. HEMESATH
						Assistant United States Attorney

						s/ Douglas Lehrman
						DOUGLAS LEHRMAN
						Attorney for the Plaintiff

	IT IS SO ORDERED.

Dated: January 15, 2015

						_____
						MORRISON C. ENGLAND, JR., CHIEF JUDGE
						UNITED STATES DISTRICT COURT